*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: May 19, 2016            107381
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,

                  Respondent,

       v                           MEMORANDUM AND ORDER

SAKAI SCOTT, Also Known as
    BLUE,

                  Appellant.
_____

Calendar Date: April 20, 2016

Before: Lahtinen, J.P., McCarthy, Devine, Clark and Mulvey, JJ.

_____

      Paul J. Connolly, Delmar, for appellant.

      P. David Soares, District Attorney, Albany (Brittany Grome of counsel), for respondent.

_____

Mulvey, J.

      Appeal from a judgment of the Supreme Court (Breslin, J.), rendered December 10, 2012 in Albany County, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

      In satisfaction of various drug-related charges against him, defendant pleaded guilty to criminal sale of a controlled substance in the third degree and waived his right to appeal. Supreme Court thereafter sentenced defendant, in accordance with the negotiated plea agreement, to six years in prison to be followed by one year of postrelease supervision. Defendant now appeals.

We affirm.  Contrary to defendant's contention, based upon our review of the plea colloquy and in consideration of his counseled written waiver of appeal, defendant was adequately informed that the right to appeal was separate and distinct from the rights automatically forfeited by his guilty plea such that he knowingly, voluntarily and intelligently waived the right to appeal his conviction and sentence (see People v O'Keefe, 133 AD3d 1034, 1034-1035 [2015], lv denied 26 NY3d 1148 [2016]; People v Oginski, 123 AD3d 1303, 1303 [2014], lv denied 26 NY3d 970 [2015]).  Further, given defendant's valid appeal waiver, he is precluded from challenging his sentence as harsh and excessive (see People v Griffin, 134 AD3d 1228, 1231 [2015]; People v Donah, 127 AD3d 1413, 1413 [2015]).

Lahtinen, J.P., McCarthy, Devine and Clark, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court